# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BILAL AHROUCH, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )     No. 2:25-cv-02535-SHL-cgc |
| | ) |
| SALOUA BOULAKHRIF, | ) |
|     Respondent. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Bilal Ahrouch's verified petition (ECF No. 1), filed May 21, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Order Dismissing Case for Lack of Jurisdiction (ECF No. 25), filed June 26, 2025, all of Petitioner's claims against Respondent are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 26, 2025
Date